574 A.2d 599

**In the Matter of Alfonso A. TUMINI Petition for Reinstatement.**

**No. 332 Disciplinary Docket No. 1.**

Supreme Court of Pennsylvania.

Argued May 11, 1990.

Decided May 23, 1990.

Gail M. Richman, Philadelphia, for petitioner.

Stephanie Resnick, Louis W. Fryman, Philadelphia, for respondent.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Report and Recommendations of Disciplinary Board dated January 9, 1990, accepted, and the Petition for Reinstatement is granted. Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.

McDERMOTT, J., did not participate in the consideration or decision of this case.